# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LEE CHILDERS,<br><br>   Plaintiff,<br><br>  v.<br><br>CARL FABRITIO, *et al.*,<br><br>   Defendant. | Case No.: 1:18-cv-01241-JDP<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ECF No. 8 |

Plaintiff Allen Lee Childers is a state prisoner proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. On September 13, 2018, plaintiff filed an application to proceed *in forma pauperis*, ECF No. 2, which was granted on September 17, 2018, ECF No. 7.

On September 27, 2018, plaintiff filed a second application to proceed *in forma pauperis*. ECF No. 8. Because plaintiff is already proceeding *in forma pauperis*, the second application is hereby denied as moot.

IT IS SO ORDERED.

Dated:  December 4, 2018           _____
                           UNITED STATES MAGISTRATE JUDGE

1