UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LEE CHILDERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELAINE ROSA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-01241-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF BE PERMITTED TO PROCEED ON COGNIZABLE CLAIMS AND THAT NON-COGNIZABLE CLAIMS BE DISMISSED<br><br>ECF No. 12 |

Plaintiff Allen Lee Childers is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2019, the magistrate judge screened plaintiff's complaint. ECF No. 12. The magistrate judge issued findings and recommendations that (1) plaintiff has stated medical deliberate indifference and conditions of confinement claims against defendant Rosa; (2) plaintiff's remaining claims should be dismissed without prejudice; and (3) plaintiff should be granted leave to amend the complaint. *Id.* Plaintiff has failed to file objections to the findings and recommendations, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on May 20, 2019, ECF No. 12, are ADOPTED IN FULL.
2. Plaintiff states medical deliberate indifference and conditions of confinement claims against defendant Rosa.
3. Plaintiff's remaining claims are dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**August 13, 2019**__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE